### SOLOMAN NEWMAN *v.* ABRAHAM NEWMAN.

The oath of a Jew complainant to an injunction bill must be made according to the form and solemnities of the Jewish religion.

An injunction had been obtained by the complainant on a bill sworn to in the usual form.

*O. S. Halsted, Jun'r,* on affidavits shewing that the complainant was a Jew by birth and religion, and attended the Jewish Synagogue, moved that the injunction be dissolved.

*Mr. Bradley,* contra.

The Chancellor ordered that the complainant swear to the bill according to the form and solemnities of the Jewish religion, in ten days after service of a copy of the order, or that the injunction be dissolved.

The complainant failed to comply with the order.

Injunction dissolved.

See 1 *Vernon* 263, case 258.